1  MARK I. WRAIGHT (State Bar No. 228303)
   miw@severson.com
2  BENJAMIN J. HOWARD (State Bar No. 320682)
   bjh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO BANK

8              UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| 11  GINO PAOLINO, | Case No. |
| 12       Plaintiff, | **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1331, 1441** |
| 13       vs. | |
| 14  WELLS FARGO BANK, A California corporation, JOHN SHREWSBERRY, President and Chief Executive Officer- Wells Fargo Bank, JOHN SHREWSBERRY, an individual, CHARLES SCHARF, President and Chief Executive Officer - Wells Fargo Bank, CHARLES SCHARF, an individual, SCOTT POWELL, Chief Operating Officer - Wells Fargo Bank, SCOTT POWELL, an individual, MICHAEL SANTOMASSI, Chief Financial Officer and Senior Vice President, Wells Fargo Bank, MICHAEL SANTOMASSI, an individual, STEVEN BLACK, Chairman of Wells Fargo Bank, STEVEN BLACK, an individual, MARK CHANCY, Vice-Chairman of Wells Fargo Bank, MARK CHANCY, an individual, MUNEERA CARR, Chief Accounting Officer and Controller - Wells Fargo Bank, MUNEERA CARR; an individual, WILLIAM DALEY, Vice Chairman of Public Affairs - Wells Fargo Bank, WILLIAM DALEY, an individual, DEREK FLOWERS, Senior Executive Vice President - Wells Fargo Bank. | |

07685.2720/16066457.1

NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1331, 1441

| | |
|---|---|
| 1 | DEREK FLOWERS, an individual, KYLE HRANICKY, Senior Executive |
| 2 | Vice President - Wells Fargo Bank, KYLE HRANICKY, an individual, |
| 3 | MARY MACK, Senior Executive Vice President - Wells Fargo Bank, MARY |
| 4 | MACK, an individual, AMANDA NORTON, Senior Executive Vice |
| 5 | President - Wells Fargo Bank, AMANDA NORTON, an individual, |
| 6 | LESTER OWENS, Senior Executive Vice President - Wells Fargo Bank, |
| 7 | LESTER OWENS, an individual, JULIE SCAMMAHORN, Senior |
| 8 | Executive Vice President - Wells Fargo Bank, JULIE SCAMMAHORN, an |
| 9 | individual, BARRY SOMMERS, Senior Executive Vice President - Wells |
| 10 | Fargo Bank, BARRY SOMMERS, an individual, MICHAEL WEINBACH, |
| 11 | Senior Executive Vice President - Wells Fargo Bank, MICHAEL WEINBACH, |
| 12 | an individual, JONATHAN WEISS, Senior Executive Vice President - Wells |
| 13 | Fargo Bank JONATHAN WEISS, an individual, MELISSA RIVERA, |
| 14 | Manager - West Hollywood Branch - Wells Fargo Bank MELISSA RIVERA, |
| 15 | an individual, JALICIA FITZPATRICK, Manager - Arlington |
| 16 | Branch - Wells Fargo Bank, JALICIA FITZPATRICK, an individual, |
| 17 | MICHAEL KIEL, Manager - Reno Branch - Wells Fargo Bank MICHAEL |
| 18 | KIEL, an individual, ANNA SEGURA, Branch Manager - Buck Branch - Wells |
| 19 | Fargo Bank ANNA SEGURA, an individual, EVITHA LIM – Branch |
| 20 | Manager - Galena Branch - Wells Fargo Bank EVITHA LIM, an individual, |
| 21 | PAYCEN M. - Executive Office Case Specialist Enterprise Complaints |
| 22 | Management - Wells Fargo Bank PAYCEN M., an individual LAURA E. |
| 23 | - Executive Office Case Specialist Enterprise Complaints Management - |
| 24 | Wells Fargo Bank LAURA E., an individual SILVER INK LITERARY |
| 25 | AGENCY, A Nevada Corporation, TOM MACKAY, an individual, And |
| 26 | DOES 1 through 100, inclusive, |
| 27 | Defendants. |
| 28 | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF, AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Wells Fargo Bank, N.A. ("Defendant") hereby removes the above-captioned action from the Superior Court of the State of California, County of Los Angeles, to the United States District Court, Central District of California.

Defendant is entitled to removal pursuant to 28 U.S.C. § 1331, based on federal question, as follows:

1. Plaintiff Gino Paolino filed a civil action in the Los Angeles County Superior Court on January 27, 2022 entitled Gino Paolino v. Wells Fargo Bank, N.A., et al. case number 22STCV03305 (the "State Court Action"). Plaintiff asserts six claims, including: a claim for alleged violation of the Racketeer Influenced and Corrupt Organizations Act and Conspiracy to Violate the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. 1961, et seq.). This is a federal claim. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in the State Court Action are attached hereto as **Exhibit 1**.

2. This notice of removal is timely under 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a) because this removal is within one year of the filing of the action, and within 30 days of Defendant's notice of the complaint. Plaintiff gave Defendant notice of the complaint by emailing a branch manager the complaint on January 27, 2022. Therefore, this notice of removal is filed within 30 days of notice.

3. This Court has subject matter jurisdiction over this action and all claims asserted against Defendant pursuant to 28 U.S.C. § 1331, and removal is proper pursuant to 28 U.S.C. § 1441.

4. Venue in this Court is proper pursuant to 28 U.S.C. §§ 84(c) and 1441(a) because the United States District Court for the Central District of California is the federal judicial district and division embracing the Superior Court

1  of California for the County of Los Angeles, where the State Court Action was filed.

2      5.    Pursuant to 28 U.S.C. §§ 1446(d), Defendant is filing this notice of
3  removal with this Court, serving a copy of this notice upon Plaintiff, and filing a
4  copy in the Superior Court of California for the County of Los Angeles.

5      6.    This Court has subject matter jurisdiction over this action and all claims
6  asserted against Defendant pursuant to 28 U.S.C. § 1331. Plaintiff's fifth claim for
7  relief arises under and is based upon alleged violation of a federal statute,
8  specifically, the Racketeer Influenced and Corrupt Organizations Act and
9  Conspiracy to Violate the Racketeer Influenced and Corrupt Organizations Act (18
10 U.S.C. 1961, et seq.).  This Court has supplemental jurisdiction over any other
11 claims asserted by Plaintiff pursuant to 28 U.S.C. sections 1367(a) and 1441(c).

12     WHEREFORE, Defendant prays that the State Court Action be removed from
13 state court to this Court, and that this Court assume jurisdiction over the action and
14 determine it on the merits.

15

16 DATED: February 28, 2022        SEVERSON & WERSON
17                                   A Professional Corporation

18

19                                   By:    /s/ Benjamin J. Howard
20                                               BENJAMIN J. HOWARD

21
22                                   Attorneys for Defendant WELLS FARGO BANK, N.A.

23
24
25
26
27
28