GINO PAOLINO – IN PRO PER
644 WESTBOURNE DRIVE – NO. 5
LOS ANGELES, CALIFORNIA 90069
TELEPHONE (310) 849-9073
gpaolino777@gmail.com

Plaintiff in *Pro Per*

MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
BENJAMIN J. HOWARD (State Bar No. 320682)
bjh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GINO PAOLINO,<br><br>  Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, A California corporation, JOHN SHREWSBERRY, President and Chief Executive Officer- Wells Fargo Bank, JOHN SHREWSBERRY, an individual, CHARLES SCHARF, President and Chief Executive Officer - Wells Fargo Bank, CHARLES SCHARF, an individual, SCOTT POWELL, Chief Operating Officer - Wells Fargo Bank, SCOTT POWELL, an individual, MICHAEL SANTOMASSI, Chief Financial Officer and Senior Vice President, Wells Fargo Bank, MICHAEL SANTOMASSI, an individual, STEVEN BLACK, Chairman of Wells Fargo Bank, STEVEN BLACK, an individual, MARK CHANCY, Vice-Chairman of Wells Fargo Bank. MARK CHANCY, | Case No. 2:22-cv-01369-PA-JPR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

07685.2720/16091002.1

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

| | |
|---|---|
| 1 | an individual, MUNEERA CARR, Chief Accounting Officer and |
| 2 | Controller - Wells Fargo Bank, MUNEERA CARR; an individual, |
| 3 | WILLIAM DALEY, Vice Chairman of Public Affairs - Wells Fargo Bank, |
| 4 | WILLIAM DALEY, an individual, DEREK FLOWERS, Senior Executive |
| 5 | Vice President - Wells Fargo Bank, DEREK FLOWERS, an individual, |
| 6 | KYLE HRANICKY, Senior Executive Vice President - Wells Fargo Bank, |
| 7 | KYLE HRANICKY, an individual, MARY MACK, Senior Executive Vice |
| 8 | President - Wells Fargo Bank, MARY MACK, an individual, AMANDA |
| 9 | NORTON, Senior Executive Vice President - Wells Fargo Bank, |
| 10 | AMANDA NORTON, an individual, LESTER OWENS, Senior Executive |
| 11 | Vice President - Wells Fargo Bank, LESTER OWENS, an individual, |
| 12 | JULIE SCAMMAHORN, Senior Executive Vice President - Wells Fargo |
| 13 | Bank, JULIE SCAMMAHORN, an individual, BARRY SOMMERS, |
| 14 | Senior Executive Vice President - Wells Fargo Bank, BARRY SOMMERS, an |
| 15 | individual, MICHAEL WEINBACH, Senior Executive Vice President - Wells |
| 16 | Fargo Bank, MICHAEL WEINBACH, an individual, JONATHAN WEISS, |
| 17 | Senior Executive Vice President - Wells Fargo Bank JONATHAN WEISS, an |
| 18 | individual, MELISSA RIVERA, Manager - West Hollywood Branch - |
| 19 | Wells Fargo Bank MELISSA RIVERA, an individual, JALICIA |
| 20 | FITZPATRICK, Manager - Arlington Branch - Wells Fargo Bank, JALICIA |
| 21 | FITZPATRICK, an individual, MICHAEL KIEL, Manager - Reno |
| 22 | Branch - Wells Fargo Bank MICHAEL KIEL, an individual, ANNA SEGURA, |
| 23 | Branch Manager - Buck Branch - Wells Fargo Bank ANNA SEGURA, an |
| 24 | individual, EVITHA LIM – Branch Manager - Galena Branch - Wells Fargo |
| 25 | Bank EVITHA LIM, an individual, PAYCEN M. - Executive Office Case |
| 26 | Specialist Enterprise Complaints Management - Wells Fargo Bank |
| 27 | PAYCEN M., an individual LAURA E. - Executive Office Case Specialist |
| 28 | Enterprise Complaints Management - |

|   |   |
|---|---|
| 1 | Wells Fargo Bank LAURA E., an individual SILVER INK LITERARY |
| 2 | AGENCY, A Nevada Corporation, TOM MACKAY, an individual, And |
| 3 | DOES 1 through 100, inclusive, |
| 4 | Defendants. |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Gino Paolino ("Plaintiff") and defendants Wells Fargo Bank, John Shrewsberry, Charles Scharf, Scott Powell, Michael Santomassi, Steven Black, Mark Chancy, Muneera Carr, William Daley, Derek Flowers, Kyle Hranicky, Mary Mack, Amanda Norton, Lester Owens, Julie Scammahorn, Barry Sommers, Michael Weinbach, Jonathan Weiss, Melissa Rivera, Jalicia Fitzpatrick, Michael Kiel, Anna Segura, Evitha Lim, "Paycen M.," and "Laura E." that the entire action be voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own attorney's fees and costs.

DATED: March 21, 2022          GINO PAOLINO

By: /s/ Gino Paolino
    GINO PAOLINO

Plaintiff in *pro per*

DATED: March 24, 2022          SEVERSON & WERSON
                                A Professional Corporation

By: /s/ Benjamin J. Howard
    BENJAMIN J. HOWARD

Attorneys for Defendant WELLS FARGO BANK, et al.

# PROOF OF SERVICE

*Gino Paolino v. Wells Fargo Bank et al.*;
**USDC, Central Dist. Court of CA Case No. 2:22-cv-01369-PA-JPR**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On March 24, 2022, I served true copies of the following document(s):

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

on the interested parties in this action as follows:

Gino Paolino
644 Westbourne Drive, No. 5
Los Angeles, CA 90069
Telephone: (310) 849-9073
Email: gpaolino777@gmail.com
*Plaintiff in Pro Per*

**BY E-MAIL:** I caused a copy of the document(s) to be sent from e-mail address smq@severson.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted, and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 24, 2022, at San Francisco, California.

_____
Suzanne M. Querubin